**Marion HEADS, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 28971.

Court of Criminal Appeals of Texas.

April 24, 1957.

No attorney for appellant of record on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The conviction, on a plea of guilty before the court, is for the possession of wine for the purpose of sale in a dry area; the punishment, 45 days in jail.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.